IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERESA TOLLEY, ) | |
| ) | |
| Plaintiff ) | Cause No.: 1:17-cv-00832 |
| ) | |
| vs. ) | |
| ) | |
| ALDI INDIANA, L.P., ) | |
| ) | |
| Defendant ) | |

**COMPLAINT FOR DAMAGES**
**AND REQUEST FOR JURY TRIAL**

Plaintiff, Teresa Tolley, by counsel and as her Complaint for Damages against Defendant, states as follows:

PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Teresa Tolley, is a resident of Marion County in the State of Indiana and an employee of Defendant.

2. Defendant, Aldi Indiana, L.P. (hereinafter referred to as "Aldi"), is an employer as defined by 42 U.S.C. §12101 *et. seq*. and 29 U.S.C. § 621 *et. seq*. and conducts business in the State of Indiana.

3. Ms. Tolley invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a).

4. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

GENERAL FACTS & SPECIFIC ALLEGATIONS

5. Plaintiff is a sixty-one (61) year old female who began her employment with Defendant on or about 2001 as a cashier and stocker.

6. Plaintiff suffers from a disability affecting her major life activities, specifically, arthritis.

7. During her employment, Plaintiff's supervisor made comments about Plaintiff's age preventing her from working fast enough.

8. On or about May 10, 2016, Defendant terminated Plaintiff, allegedly for failing to meet expectations during a mystery shopper visit.

9. Plaintiff filed a charge of discrimination with the Equal Opportunity Commission wherein he alleged discrimination under the American's with Disabilities Act of 1990 42 U.S.C. § 12101 (ADA) and Title VII of the Civil Rights Act of 1964, charge number 470-2016-02353, on or about July, 2016.

10. The Equal Employment Opportunity Commission issued Plaintiff a Right-to-Sue letter on December 21, 2016.

## COUNT I

11. Plaintiff incorporates by reference paragraphs one through ten (10) of her complaint for damages.

12. Plaintiff met all of Defendant's legitimate performance expectations.

13. Defendant terminated Plaintiff's employment because of her age and similarly situated employees under the age of forty (40) were treated more favorably than the Plaintiff.

14. As a result of Defendant's actions, Plaintiff was suffered damages, including but not limited to, lost wages and benefits, liquidated damages and attorney fees.

15. The Defendant's actions are in violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §621, *et. sec*.

WHEREFORE, Plaintiff prays for judgment against Defendant, for an award of unpaid wages, liquidated damages, back pay, prejudgment interest, reasonable attorney fees, costs and all other appropriate relief.

## COUNT II

16. Plaintiff incorporates by reference one (1) through fifteen (15) of her Complaint.

17. Plaintiff suffers from a disability as defined by the Americans with Disabilities Act, specifically she suffers from arthritis that affects her daily life activities.

18. The Defendant is aware Plaintiff's disability and/or perceived disability and has refused and/or failed to provide reasonable accommodation insisting that she work at an unreasonably fast pace.

19. Plaintiff is able to perform the essential functions of her job, with or without reasonable accommodation.

20. The Defendant was motivated by Plaintiff's disability and/or perceived disability when it terminated Plaintiff's employment.

21. As a result of Defendant violating Plaintiff's rights as protected under the Americans with Disabilities Act, Plaintiff sustained damages including, but not limited to, lost pay and benefits, mental and emotional anguish, attorney fees and costs.

WHEREFORE, Plaintiff prays for judgment against Defendant, for an award of lost wages and benefits, compensatory damages, attorney fees and costs incurred herein, and for all other appropriate relief.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

/s/ Paul J. Cummings

          David M. Henn, #18002-49
          Paul J. Cummings, #22713-41

### REQUEST FOR JURY TRIAL

Plaintiff, by counsel, respectfully requests this cause be tried by jury.

          Respectfully submitted,

          HENN HAWORTH CUMMINGS & PAGE

          <u>/s/ Paul J. Cummings</u>
          David M. Henn, #18002-49
          Paul J. Cummings, #22713-41

HENN HAWORTH CUMMINGS & PAGE
625 N. Madison Avenue, Suite A
Greenwood, Indiana  46142
(317) 885-0041
(888) 308-6503 Fax